**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**VICTOR GAITHER**
**ADC #175406**                                                                        **PLAINTIFF**

**v.**                                       **Case No. 4:23-cv-00721-KGB**

**JOE PAGE,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4).  Plaintiff Victor Gaither has not filed any objections to the Proposed Findings and Recommendation, and the time to file objections has passed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.  The Court dismisses Gaither's complaint without prejudice (Dkt. No. 1).

It is so ordered this the 8th day of June, 2026.

Kristine G. Baker
Chief United States District Judge